Alan H. Weinreb, Esq.
THE MARGOLIN & WEINREB LAW GROUP, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791
Telephone: (516) 921-3838
ALAN@NYFCLAW.COM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
WILMINGTON SAVINGS FUND SOCIETY, FSB,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE OF THE ASPEN HOLDINGS
TRUST, A DELAWARE STATUTORY TRUST,
                                     Plaintiff,

            -against-                              STATEMENT PURSUANT
                                                                TO FED. R. CIV. P. 7.1

YUBERKYS FERNANDEZ,
                              Defendant(s).
---------------------------------------------------------------------------X

       Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee of The Aspen Holdings Trust, A Delaware Statutory Trust, hereby certifies that it does not have any parent corporation publicly held. Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee of The Aspen Holdings Trust, A Delaware Statutory Trust, has no publicly held subsidiaries or affiliates.

Dated: October 25, 2022
       Syosset, New York

                                             Yours, etc.
                                             The Margolin & Weinreb Law Group, LLP
                                             Attorneys for Plaintiff

                                             By: /s/ Alan H. Weinreb
                                                Alan H. Weinreb, Esq.