**MWN**

**MARGOLIN, WEINREB & NIERER, LLP**

C. LANCE MARGOLIN, ESQ.     ALAN WEINREB, ESQ.     CYNTHIA A. NIERER, ESQ.

January 18, 2024

<u>VIA ECF</u>
The Honorable Judge Kiyo A. Matsumoto
United States District Court—E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

RE:     <u>Wilmington Savings Fund Society, FSB v. Fernandez, et al., 2:22-cv-06474-KAM-ST</u>

Dear Judge Matsumoto:

      We represent Plaintiff in the above-referenced foreclosure matter. On March 13, 2023, Plaintiff filed its Motion for default judgment of foreclosure and sale [Docket No. 10]. On January 12, 2024, Your Honor issued an Order directing Plaintiff "No later than 5:00 p.m. on January 19, 2024, Plaintiff shall (1) file a letter attaching a copy of its current articles of association and citing to the portion of the articles of association designating the location of Plaintiff's main office, and (2) file proof of service by mail of the letter (with the attached articles of association) and this order on Defendant."

      Upon receipt of the aforementioned Order, our office requested that our client provide a copy of the document Plaintiff has been directed to file, including the due date thereof. However, we have not yet received the requested document. In light thereof, we respectfully request an extension of time to file said document until February 20, 2024. Should we receive it sooner, we will file it forthwith. This is the first request for an extension of the 1/12/24 Order.

      We thank the Court for its review of our request.

                          Respectfully Submitted,

                          <u>/s/ Alan H. Weinreb</u>
                          Alan H. Weinreb
                          Attorneys for Plaintiff

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101     SYOSSET, NEW YORK 11791     T. (516) 921-3838     F. (516) 921-3824     WWW.NYFCLAW.COM